1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration

4   LESLIE ALEXANDER (CSBN 256624)
    Special Assistant United States Attorney
5       333 Market Street, Suite 1500
        San Francisco, CA 94105
6       Telephone: (415) 977-8927
        Facsimile: (415) 744-0134
7       e-mail: Leslie.Alexander@ssa.gov

8
    Attorneys for Defendant
9   Commissioner of Social Security

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                              FRESNO DIVISION

13  GARY FREY,                      )   NO. CV 09-2037 DLB
                                    )
14              Plaintiff,          )   STIPULATION AND ORDER FOR
                                    )   EXTENSION OF TIME
15        v.                        )
                                    )
16  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
17  Social Security,                )
                                    )
18              Defendant.          )
    _____ )

19

20       TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE

21  DISTRICT COURT:

22       The parties, through their undersigned counsel, stipulate that Defendant shall have an

23  extension of time of 30 days to serve on Plaintiff a response to Plaintiff's confidential letter brief.

24  The new due date for Defendant's response will be June 25, 2010.  With the Court's approval,

25  the Court's Scheduling Order shall be modified accordingly.

26

27

28

                                        1

1

2     DATE: 6/4/10                    Respectfully submitted,

3
                                      BENJAMIN B. WAGNER
4                                     United States Attorney
                                      LUCILLE GONZALES MEIS
5                                     Regional Chief Counsel, Region IX
                                      Social Security Administration
6

7                        By:     /s/ Leslie Alexander
                                 LESLIE ALEXANDER
8                                Special Assistant United States Attorney

9                                Attorneys for Defendant

10
      DATED: 6/4/10       By:     /s/   Sengthiene Bosavahn
11                                [authorized via electronic mail  on 5/28/10]
                                  SENGTHIENE BOSAVAHN
12                                Attorney at Law

13                                Attorney for Plaintiff

14

15    PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social

16    Security shall have up to and including June 25, 2010, to respond to Plaintiff's confidential letter

17    brief.

18

19    IT IS SO ORDERED.

20

21
          Dated:    June 7, 2010              /s/ Dennis L. Beck
22
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                            2