1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LESLIE ALEXANDER (CSBN 256624)
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8927
       Facsimile: (415) 744-0134
7      E-Mail: Leslie.Alexander@ssa.gov

8  Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                      **FRESNO DIVISION**

12 GARY FREY,                          )
                                       )   CIVIL NO. 1:09-CV-02037-DLB
13      Plaintiff,                     )
                                       )   STIPULATION AND ORDER FOR THE
14      v.                             )   AWARD OF ATTORNEY FEES
                                       )   PURSUANT TO THE EQUAL ACCESS TO
15 MICHAEL J. ASTRUE,                  )   JUSTICE ACT, 28 U.S.C. § 2412(d)
   Commissioner of                     )
16 Social Security,                    )
                                       )
17      Defendant.                     )
   _____ )
18

19      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

20 subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

21 Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND EIGHT HUNDRED

22 DOLLARS AND 0 CENTS ($2,800.00), and costs in the amount of THREE HUNDRED FIFTY

23 DOLLARS AND 0 CENTS ($350.00). This amount represents compensation for all legal services

24 rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

25 28 U.S.C. §§ 1920, 2412(d).

26      After the Court issues an order for EAJA fees and expenses and costs to Plaintiff, the

27 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to

28 Plaintiff's attorney. Pursuant to Astrue v. Ratliff, No. 08-1322, 2010 WL 2346547 (U.S. June 14, 2010),

the ability to honor the assignment will depend on whether the fees, expenses, and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses, and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from and bar to any and all claims Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: August 31, 2010

*s/ Sengthiene Bosavanh*
(As authorized by email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Date: August 31, 2010

BENJAMIN B. WAGNER
United States Attorney

By *s/ Leslie Alexander*
LESLIE ALEXANDER
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 1, 2010**                     **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE